Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case) | Case Number **10–41033**

# UNITED STATES BANKRUPTCY COURT
## District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/6/10.

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Debtor(s):**
Jeffery Scott Wieman
124 NW 4th Street
Madison, SD 57042

Leslie Ann Wieman
124 NW 4th Street
Madison, SD 57042

**Case Number:**
10–41033

**Social Security/Taxpayer ID Numbers:**
xxx–xx–0014
xxx–xx–7123

**Attorney for Debtor(s):**
Thomas A. Blake
#202, 505 W 9th St
Sioux Falls, SD 57104
Telephone number: (605) 336–1216

**Bankruptcy Trustee:**
Lee Ann Pierce
Trustee
PO Box 524
Brookings, SD 57006–0524
Telephone number: 605–692–9415

### Meeting of Creditors:

Date: **January 7, 2011**    Time: **01:00 PM**    Location: **Suite 300, 314 S. Main Ave., Sioux Falls, SD 57104**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts: 3/8/11**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

**Address of the Bankruptcy Clerk's Office:**
400 S. Phillips Ave., Room 104
Sioux Falls, SD 57104–6851
Telephone number: 605–357–2400
www.sdb.uscourts.gov

Hours Open:    Monday – Friday 8:00 AM – 5:00 PM

**For the Court:**
Frederick M. Entwistle
Clerk of the Bankruptcy Court

Date: 12/6/10

### SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0869-4          User: dmick              Page 1 of 1            Date Rcvd: Dec 06, 2010
Case: 10-41033                Form ID: b9a             Total Noticed: 31

The following entities were noticed by first class mail on Dec 08, 2010.
 db/db        +Jeffery Scott Wieman,   Leslie Ann Wieman,   124 NW 4th Street,   Madison, SD 57042-2117
 aty          +Thomas A. Blake,   #202, 505 W 9th St,   Sioux Falls, SD 57104-3667
 tr            Lee Ann Pierce,   Trustee,   PO Box 524,   Brookings, SD 57006-0524
 ust           Bruce J. Gering,   314 South Main Avenue, Suite 303,   Sioux Falls, SD 57104-6462
1033920        Capital One,   PO Box 30273,   Salt Lake City, UT 84130-0273
1033928       +Credit One Bank,   PO Box 9887,   Las Vegas, NV 89191
1033927        Credit One Bank,   PO Box 60500,   City Of Industry, CA 91716-0500
1033929       +Equifax,   Attn: Dispute Department,   PO Box 740256,   Atlanta, GA 30374-0256
1033930       +Experian,   Attn: Dispute Department,   PO Box 2002,   Allen, TX 75013-2002
1033931       +First Bank And Trust,   PO Box 5057,   Brookings, SD 57006-5057
1033934       +Home Federal Bank,   225 S Main Ave,   Sioux Falls, SD 57104-6309
1033935       +Interlakes Federal Credit Union,   PO Box 29,   Madison, SD 57042-0029
1033940        Target National Bank,   PO Box 660170,   Dallas, TX 75266-0170
1033942       +Trans Union Corporation,   Attn: Dispute Department,   PO Box 1000,   Chester, PA 19016-1000

The following entities were noticed by electronic transmission on Dec 06, 2010.
 tr            EDI: BLAPIERCE.COM Dec 06 2010 18:13:00     Lee Ann Pierce,   Trustee,   PO Box 524,
               Brookings, SD 57006-0524
1033919        EDI: RMSC.COM Dec 06 2010 18:13:00     AEO/GEMB,   PO Box 530942,   Atlanta, GA 30353-0942
1033921        EDI: CAPITALONE.COM Dec 06 2010 18:13:00     Capital One Bank,   P.O. Box 60599,
               City Of Industry, CA 91716-0599
1033922        EDI: CHASE.COM Dec 06 2010 18:13:00     Cardmember Services,   PO Box 94014,
               Palatine, IL 60094-4014
1033923        EDI: CHASE.COM Dec 06 2010 18:13:00     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
1033925       +EDI: CITICORP.COM Dec 06 2010 18:13:00     Citi Cards,   Citi Bank Customer Service,
               PO Box 6500,   Sioux Falls, SD 57117-6500
1033924       +EDI: CITICORP.COM Dec 06 2010 18:13:00     Citi Cards,   Processing Center,
               Des Moines, IA 50363-0001
1033926        EDI: RCSFNBMARIN.COM Dec 06 2010 18:13:00     Credit One Bank,   PO Box 98873,
               Las Vegas, NV 89193-8873
1033932       +EDI: RMSC.COM Dec 06 2010 18:13:00     GE Money Bank,   Attn: Bankruptcy Dept.,   PO Box 103104,
               Roswell, GA 30076-9104
1033933        EDI: WFNNB.COM Dec 06 2010 18:13:00     Gordman's,   PO Box 659705,   San Antonio, TX 78265-9705
1033936        EDI: CBSKOHLS.COM Dec 06 2010 18:13:00     Kohl's,   PO Box 3043,   Milwaukee, WI 53201-3043
1033937        EDI: WFNNB.COM Dec 06 2010 18:13:00     Maurices,   PO Box 659705,   San Antonio, TX 78265-9705
1033938       +EDI: WFNNB.COM Dec 06 2010 18:13:00     New York & Company,   Customer Service,   PO Box 182273,
               Columbus, OH 43218-2273
1033939        EDI: RMSC.COM Dec 06 2010 18:13:00     Old Navy/GEMB,   PO Box 530942,   Atlanta, GA 30353-0942
1033941        EDI: WTRRNBANK.COM Dec 06 2010 18:13:00     Target National Bank,   PO Box 1581,
               Minneapolis, MN 55440-1581
1033943        EDI: WFNNB.COM Dec 06 2010 18:13:00     WFNNB,   Bankruptcy Dept.,   PO Box 182125,
               Columbus, OH 43218-2125
1033944        EDI: WFNNB.COM Dec 06 2010 18:13:00     WFNNB - New York & Co.,   PO Box 659728,
               San Antonio, TX 78265-9728
1033946        EDI: WFNNB.COM Dec 06 2010 18:13:00     WFNNB/Maurices,   PO Box 182273,
               Columbus, OH 43218-2273
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1033945*      WFNNB Bankruptcy Dept.,   PO Box 182125,   Columbus, OH 43218-2125
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2010            Signature:    _Joseph Speetjens_